# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARIO BERNARD,<br>*ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*<br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>I.C. SYSTEM, INC.<br>　　　　　　　　　　　Defendant. | Civil Action No. 22-cv-1129 (JXN) (JRA)<br><br>**ORDER** |

**NEALS**, District Judge:

**THIS MATTER** comes before the Court on Defendant I.C. System, Inc.'s ("Defendant" or "ICS") motion to dismiss Plaintiff Dario Bernard's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) [ECF No. 7], to which Plaintiff opposed [ECF No. 8]. This Court has jurisdiction over the parties and the subject matter of this proceeding pursuant to 28 U.S.C. § 1331. The Court has considered the parties' submissions and decides this matter without oral argument pursuant to Fed. R. Civ. P. 78 and L. Civ. R. 78.1. For the reasons expressed in the Opinion issued on this date;

**IT IS** on this 27th day of February, 2023

**ORDERED** the Defendant's Motion to Dismiss [ECF No. 7] is **GRANTED**. Plaintiff's Complaint is **DISMISSED** without prejudice to Plaintiff filing in the proper venue. The Clerk of Court shall mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　s/ Julien Xavier Neals　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**JULIEN XAVIER NEALS**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge